sions, County of New York, New York, denied. *Mr. Louis Halle* for petitioner. *Mr. Bernard L. Alderman* for respondent.

No. 385. J. L. BRANDEIS & SONS *v.* NATIONAL LABOR RELATIONS BOARD. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. A. C. Kennedy, George L. De Lacy,* and *Ralph E. Svoboda* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 386. IN THE MATTER OF HULON CAPSHAW. October 16, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Thomas I. Sheridan* and *Dean Alfange* for petitioner. *Mr. Einar Chrystie* for the Association of the Bar of the City of New York, respondent.

No. 387. UNION DIME SAVINGS BANK *v.* ADAMS ET AL. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert R. Bruce* for petitioner. *Mr. Lyman Stansky* for respondents.

No. 390. LOFTIN ET AL., TRUSTEES, *v.* DEAL. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Robert H. Anderson, John H. Wahl, Jr.,* and *Russell L. Frink* for petitioners. *Mr. W. H. Mizell* for respondent.